| PROB 22 [EDTN51] (1/98) | | 1:09-CR-37-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:13-00175-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael Curtis Phillips | Eastern District of Tennessee | Chattanooga |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Harry S. Mattice, Jr. United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/25/2011    TO 03/24/2021 |

OFFENSE
Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. § 2423(b); Class B Felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE - Chattanooga**

    IT IS HEREBY ORDERED that pursuant to Title 18, U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF TENNESSEE,** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/24/2013
_Date_

_The Honorable Harry S. Mattice, Jr._
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-8-13
_Effective Date_

_United States District Judge_